RECEIVED

NOV 0 8 2023

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. 3:23-cr-82 |
| | ) | |
| v. | ) | <u>INDICTMENT</u> |
| | ) | |
| CODY ANDREW LONG, | ) | T. 18 U.S.C. § 1466A(b)(1) |
| | ) | T. 18 U.S.C. § 1467 |
| Defendant. | ) | T. 18 U.S.C. § 2252A(a)(2) |
| | ) | T. 18 U.S.C. § 2252A(a)(5)(B) |
| | ) | T. 18 U.S.C. § 2252A(b)(1) |
| | ) | T. 18 U.S.C. § 2252A(b)(2) |
| | ) | T. 18 U.S.C. § 2253 |

**THE GRAND JURY CHARGES:**

## COUNT 1
### (Receive Child Pornography)

On or about June 1, 2020, through January 5, 2021, in the Southern District of Iowa, the Defendant, CODY ANDREW LONG, did knowingly receive any material that contained child pornography using any means or facility of interstate commerce or foreign commerce or that was mailed, or that had been shipped or transported in or affecting interstate or foreign commerce by any means, including by computer.

This is a violation of Title 18, United States Code, Section 2252A(a)(2), 2252A(b)(1).

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 2
### (Possession of Child Pornography)

On or about January 5, 2021, in the Southern District of Iowa, the defendant, CODY ANDREW LONG, did knowingly possess any material that contained an image of child pornography, and specifically an image of child pornography that

1

involved a prepubescent minor or a minor who had not attained 12 years of age, that had been mailed, or shipped or transported using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce by any means, including by computer, or that was produced using materials that had been mailed, or shipped or transported in or affecting interstate or foreign commerce by any means, including computer.

This is a violation of Title 18, United States Code, Section 2252A(a)(5)(B) and 2252A(b)(2).

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 3
**(Possession of Obscene Visual Representation of the Sexual Abuse of Children)**

On or about January 5, 2021, in the Southern District of Iowa, the defendant, CODY ANDREW LONG, did knowingly possess one or more visual depictions of any kind, including a drawing, cartoon, sculpture, or painting that depicts a minor engaged in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), and which is obscene.

This is a violation of Title 18, United States Code, Section 1466A(b)(1).

**THE GRAND JURY FINDS:**

## <u>NOTICE OF FORFEITURE</u>

1. The allegations contained in Counts 1 and 2 of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures, pursuant to the provisions of Title 18, United States Code, Section 2253.

2. From his engagement in any or all of the violations alleged in Counts 1 and 2 of this Indictment, the defendant, CODY ANDREW LONG, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2253, all interest in:

    a. Any visual depiction or other matter containing such visual depiction which was produced, transported, mailed, shipped, received, or possessed as alleged in Counts 1 and 2 of this Indictment;

    b. Any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from the offenses alleged in Counts 1 and 2 of this Indictment; and,

    c. Any property, real or personal, used or intended to be used to commit or to promote the commission of the offenses alleged in Counts 1 and 2 of this Indictment.

3. The property referenced in paragraph 2, subparagraphs a, b, and c above includes, but is not limited to, computer hardware such as monitors, central processing units, and keyboards, computer programs, software, computer storage devices such as disk drive units, disks, tapes, and hard disk drives/units, peripherals, modems and other telephonic and acoustical equipment, printers, contents of memory data contained in and through the aforementioned hardware and software, tools,

equipment, manuals and documentation for the assembly and use of the aforementioned hardware and software.

All pursuant to Title 18, United States Code, Section 2253.

**THE GRAND JURY FURTHER FINDS:**

**SECOND NOTICE OF FORFEITURE**

Upon conviction for the offense alleged in Count 3 of this Indictment, the defendant, CODY ANDREW LONG, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 1467, his interest in:

a. any obscene material produced, transported, mailed, shipped, or received in violation of Chapter 71 of Title 18;

b. any property, real or personal, used or intended to be used to commit or to promote the commission of such offense, if the court, in its discretion so determines, taking into consideration the nature, scope, and proportionality of the use of the property in such offense.

This is pursuant to Title 18, United States Code, Section 1467.

**A TRUE BILL.**

FOREPERSON

Richard D. Westphal
United States Attorney

By: _Andrea L. Glasgow_
Andrea L. Glasgow
Assistant United States Attorney