UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

UNITED STATES OF AMERICA,    )
                             )    Case No. 3:23-cr-82
         v.                  )
                             )    SENTENCING MEMORANDUM
CODY ANDREW LONG,            )
                             )
         Defendant.          )

COMES NOW the United States of America, by and through Assistant United States Attorney Andrea L. Glasgow, and hereby files this sentencing memorandum in anticipation of the sentencing hearing.

**TABLE OF CONTENTS**

I.    **BACKGROUND** ...................................................................................... 1

II.   **ADVISORY GUIDELINES CALCULATION** ....................................... 2

III.  **GOVERNMENT'S RECOMMENDATION** ........................................... 3

I.    **BACKGROUND**

On November 8, 2023, a three-count Indictment was filed in the Southern District of Iowa, charging Cody Andrew Long with Receive Child Pornography (Count 1), Possession of Child Pornography (Count 2), and Possession of Obscene Visual Representation of the Sexual Abuse of Children (Count 3). (PSR ¶ 1.) Two notices of forfeiture were filed. (PSR ¶ 2.)

On June 24, 2024, the defendant pled guilty, as charged, to Count One of the Indictment. (PSR ¶ 3.) On July 9, 2024, the Court accepted the defendant's plea and adjudicated him guilty. *Id*. Pursuant to the written plea agreement, the government

will move to dismiss Counts Two and Three at sentencing. (PSR ¶ 4.) The defendant

agreed to forfeiture, as outlined in the Indictment and plea agreement. (PSR ¶ 8.)

The government filed a notice of no objections to the PSR. (R. Doc.45.) The

defendant filed a notice of objections to the PSR. (R. Doc. 46.) In sum, the defendant

objected to certain factual descriptions, the calculation of the number of images

involved in the offense, and the application of the pattern enhancement, under USSG

§2G2.2(b)(7)(D). *Id*. Defense counsel has informed the government that they will be

withdrawing all objections at the time of sentencing, and there are therefore no issues

to be resolved.[1]

## II.     ADVISORY GUIDELINES CALCULATION

In the presentence report paragraphs 42-56 the defendant's guideline range

was calculated as follows:

| | |
|---|---|
| Base Offense Level USSG §2G2.2(a)(2) | 22 |
| SOC [USSG §2G2.2(b)(1) (no distribution)] | -2 |
| SOC [USSG §2G2.2(b)(2) (prepubescent)] | +2 |
| SOC [USSG §2G2.2(b)(4) (S&M/violence)] | +4 |
| SOC [USSG §2G2.2(b)(5) (pattern)] | +5 |
| SOC [USSG §2G2.2(b)(6) (computer)] | +2 |
| SOC [USSG §2G2.2(b)(7)(D) (>600 images)] | +5 |
| Acceptance [USSG §3E1.1(a), (b)] | -3 |

---

[1] Though not initially objected to by either party, upon further review, the parties agree that the images described in paragraph 29(a) should not be included in the image count, as they do not meet the definition of child pornography. However, due to the large number of images at issue, that change does not affect the advisory guidelines calculation.

**Total Offense Level** =35

**Criminal History Category (PSR ¶ 60):** I

**Guideline Sentencing Range (PSR ¶ 114):  168 to 210 months**

### III.   GOVERNMENT'S RECOMMENDATION

The sentencing statutes inform this Court that it must impose a sentence sufficient, but not greater than necessary, to reflect the seriousness of the offense, to promote respect for the law, and to provide just punishment for the offense; to afford adequate deterrence to criminal conduct; to protect the public from further crimes of the defendant; and to provide the defendant with needed educational or vocational training, medical care, or other correctional treatment in the most effective manner. 18 U.S.C. §3553(a)(2).   The Court, in determining the particular sentence to be imposed, shall also consider the nature and circumstances of the offense and the history and characteristics of the defendant. 18 U.S.C. §3553(a)(1). The sentence must "avoid unwarranted sentence disparities among defendants with similar records who have been found guilty of similar conduct." 18 U.S.C. §3553(a)(6).

The government will ask the Court to find a final advisory guideline range of Offense Level 35, Criminal History Category I, advisory guidelines range of 168 to 210 months of imprisonment.

Here, the government is recommending a guidelines-sentence of 168 months of imprisonment. The defendant is 23 years old. (PSR p. 2.) This conduct came to light after law enforcement received two cybertips that the defendant had uploaded three photos in Facebook Messenger depicting child pornography. (PSR ¶ 11.) Officers later received another cybertip that images had been uploaded to Discord by the defendant.

(PSR ¶ 13.) The defendant admitted to masturbating to images of child pornography. (PSR ¶ 17.) The defendant also admitted to talking to minors and receiving nude images from underage females. (PSR ¶¶ 17, 20.) The defendant stated that the youngest female that sent him nude images was 12 years old. (PSR ¶ 20.) Among the content the defendant possessed included some distributing anime cartoons and memes. (*See* PSR ¶ 27.) Additionally, the child pornography the defendant possessed included an image of a child (who appeared to be approximately four to six years old), who was depicted laying face down with ropes tied around their ankles spreading their legs apart, and the child's arms duct taped behind her back. This behavior is particularly concerning given a prior report to law enforcement that the defendant was communicating with and attempting to "groom" children online. (PSR ¶ 57.)

Given the serious conduct at issue here, and particularly the defendant's direct contacts with minors to solicit child pornography, it is clear the defendant poses a danger to the community and a guidelines sentence is appropriate.

WHEREFORE, the government prays the District Court consider this sentencing memorandum in determining the final sentence of the defendant.

Respectfully submitted,

Richard D. Westphal
United States Attorney

By:   */s/ Andrea L. Glasgow*
Andrea L. Glasgow
Assistant United States Attorney
131 E. Fourth Street, Suite 310
Davenport, Iowa 52801
Tel: (563) 449-5432
Fax: (563) 449-5433
Email: andrea.glasgow@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on October 25, 2024, I electronically filed the foregoing with the Clerk of Court using the CM ECF system.

UNITED STATES ATTORNEY

By: */s/ Andrea L. Glasgow*
Andrea L. Glasgow